UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



04 - 14048 CR-MIDDLEBROOKS MAGISTRATE JUDGE
CASE NO. _____ LYNCH

18 U.S.C. § 611

**UNITED STATES OF AMERICA**

**vs.**

**KENNETH BENNETT**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 7, 2000, in St. Lucie County, in the Southern District of Florida, the

defendant,

### KENNETH BENNETT,

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

## COUNT 2

On or about November 5, 2002, in St. Lucie County, in the Southern District of Florida, the

defendant,

### KENNETH BENNETT,

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.



In violation of Title 18, United States Code, Section 611.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## 04-14048 CR-MIDDLEBROOKS

UNITED STATES OF AMERICA    CASE NO. _____

vs.

**KENNETH BENNETT,**                    **CERTIFICATE OF TRIAL ATTORNEY** MAGISTRATE JUDGE
                                                                      LYNCH

**Defendant.**
_____/        **Superseding Case Information:**

**Court Division:** (Select One)         New Defendant(s)          Yes _____   No _____
                                         Number of New Defendants  _____
___ Miami   ___ Key West                 Total number of counts    _____
___ FTL     ___ WPB   _X_ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)    _No_
     List language and/or dialect   _____

4.   This case will take   _3_   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                  (Check only one)

     I     0 to 5 days          _X_                    Petty      _____
     II    6 to 10 days         _____                Minor      _____
     III   11 to 20 days        _____                Misdem.    _X_
     IV    21 to 60 days        _____                Felony     _____
     V     61 days and over     _____

6.   Has this case been previously filed in this District Court? (Yes or No)   _No_
     If yes:
     Judge: _____   Case No. _____
     (Attach copy of dispositive order)
     Has a complaint been filed in this matter?   (Yes or No)   _No_
     If yes:
     Magistrate Case No.                _____
     Related Miscellaneous numbers:     _____
     Defendant(s) in federal custody as of  _____
     Defendant(s) in state custody as of    _____
     Rule 20 from the   _____   District of   _____

     Is this a potential death penalty case? (Yes or No)   _No_

7.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes   _X_ No

8.   Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _____ Yes   _X_ No
     If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

10.  Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   _X_ No


_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached                                                    REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>**PENALTY SHEET**</u>

**Defendant's Name:**     <u>**KENNETH BENNETT**</u>

Case No.: **04 - 14048 CR-MIDDLEBROOKS** MAGISTRATE JUDGE
LYNCH

Count #: 1

 Election Fraud

 Title 18, United States Code, Section 611

**\* Max.Penalty:**     1 year's imprisonment

Count #: 2

 Election Fraud

 Title 18, United States Code, Section 611


**\*Max. Penalty:**     1 year's imprisonment

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**



**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 2:04-cr-14048-DMM   Document 1   Entered on FLSD Docket 07/19/2004   Page 5 of 5

No. 04-14048 CR-MIDD

# UNITED STATES DISTRICT COURT MAGISTRATE JUDGE LYNCH

___SOUTHERN_____ District of _____FLORIDA_____

## THE UNITED STATES OF AMERICA

*vs.*

KENNETH BENNETT

Defendant

# INDICTMENT

## 18 U.S.C. § 611

*A true bill.*

FGJ 04-01(MIA)                                                                    ~~Foreman~~

*Filed in open court this* _____ 15 _____ *day,*

*of* _____ A.D.  2004

Deputy                                                                              Clerk

*Bail, $* _____

FEDERAL GRAND JURY INDICTMENT No. PC 04-101-05