UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14048-CR-MIDDLEBROOKS
Magistrate Judge Lynch

UNITED STATES OF AMERICA

v.

KENNETH BENNETT

_____/

GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing

Discovery Order entered in this case.  This response is numbered to

correspond to that order.

A.1  Written statements of the defendant are attached.


A.2 The government is unaware of any statements of the
defendant in response to interrogation by a known government
agent.

A.3 No defendant testified before the grand jury.


A.4  On December 12, 1979, the St. Lucie County Sheriff's
     Office arrested the defendant for aggravated assault.
     The case was dismissed on March 18, 1980.


A.5  Copies of books, papers, etc. that the government intends
to use as evidence during its case in chief, or which were
obtained from the defendant, can be inspected by arranging an
appointment with the undersigned prosecutor, who may be
reached at (305) 961-9234.  While copies of some materials are
attached hereto, they do not represent all materials available
for inspection, and counsel should therefore contact the

undersigned to schedule a complete inspection.  Documents have been reproduced to the best extent possible, and complete legibility of copies is not guaranteed.

A.6  No contraband was seized in connection with this case. No physical or mental examinations have occurred, and no scientific tests or experiments have been made in connection with this case.

B.    The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady or Agurs other than any information already disclosed herein.

D. & E.   The United States is unaware of any witness within the scope of these paragraphs.

F.    No  line-ups,  show-ups,  or  similar  identification procedures were used during this case.

G.    The government has advised its agents and officers involved in this case to preserve all rough notes.

H.    The government will advise the defendants prior to trial of its intent, if any, to introduce evidence pursuant to F.R.E. 404(b).  Counsel are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any prior or future discovery response, may be introduced in the trial of this cause pursuant to F.R.E. 404(b) or otherwise.

I.  The defendant is not aggrieved persons as defined in Title 18, United States Code, Section 2510(11), of electronic surveillance.

J.    The government has ordered transcribed the grand jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.    No contraband was seized in connection with this case.

L.    The United States is not in possession of any vehicles involved in this case.

M.    The government is not currently aware of any latent fingerprints or palm prints which have been identified by a government expert as those of a defendant.


N.    Upon request of any defendant, the United States will make disclosure regarding expert testimony, if applicable.

O.    Counsel may contact the undersigned to confer regarding stipulations.

P.    Upon scheduling and conclusion of the discovery conference referenced in paragraph A.5 above, the undersigned is available to collaborate regarding a statement describing discovery material exchanged.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to ensure a fair trial.


Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:  _____
KAREN E. ROCHLIN
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street
Miami, Florida  33132
(305) 961-9234
(305) 536-4675 (fax)
Court I.D. No. A5500050

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by mail this _____ day of August, 2004 on Jim Eisenberg, Esq., 250 Australian South, Suite 704, West Palm Beach, Florida 33401.

KAREN E. ROCHLIN

#1

**Please print using a black ballpoint pen.**

70 /

| 1 | Are you a U. S. citizen? | ☑ Yes ☐ No   If NO, you cannot register to vote. | **Official Use Only** |
|---|---|---|---|
| | | | 24/ 231473-8 |

| 2 | Check boxes that apply: | ☑ New Registration | ☐ Address Change | ☐ Party Change | ☐ Name Change |
|---|---|---|---|---|---|

| 3 | Last Name | Bennett | Suffix (circle) Jr. (Sr.) II III IV | First Name | Kenneth | Middle Name/Initial | G. | 4 | Sex (circle) (M) F |
|---|---|---|---|---|---|---|---|---|---|

| 5 | Address Where You Live (legal residence)/do not give P.O. Box) | 2409 N. 44th St. | Apt./Lot/Unit | City/Town/Village | F46 | Zip Code |
|---|---|---|---|---|---|---|

| 6 | Address Where You Get Your Mail (if different from # 5) | SAA | Zip Code | 7 | County Where You Live (legal residence) ST. LUCIE |
|---|---|---|---|---|---|

| 8 | Date of Birth (month/day/year) 5-2-48 | 9 | Race/Ethnicity - (see instructions) 3 | 10 | Social Security No. (optional) 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 | 11 | Daytime Phone No. (optional) 466-1575 |
|---|---|---|---|---|---|---|---|

| 12 | Party Affiliation – check one box only (see instructions) ☑ Democratic Party   ☐ Other Party (write name below) ___ ☐ Republican Party   ☐ None | Oath: I do solemnly swear (or affirm) that: • I will protect and defend the Constitution of the United States and the Constitution of the State of Florida. • I am qualified to register as an elector under the Constitution and laws of the State of Florida. • I am a U. S. citizen. • I am a legal resident of Florida. • All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years. |
|---|---|---|
| **13** | Former Name If Making A Name Change ___ | |

| 14 | Name and Address Where You Were Last Registered. Name ___ Address ___ N/A   City   County   State   Zip Code | 16 | SIGNATURE - Sign or mark on line in box below.   Kenneth Bennett aR   Date 7-28-95 |
|---|---|---|---|

| 15 | Do You Need Assistance to Vote?   ☐ Yes ☑ No | |
|---|---|---|

**Fold on dotted center line, peel off tape, seal and mail.**

I, Gertrude Walker, do hereby certify that this is a true copy of the original on file with the St. Lucie County Supervisor of Elections Office.

_____    5/25/04
Gertrude Walker, CFS                              Date

#2

## REQUEST NAME REMOVAL
## FROM THE ST. LUCIE COUNTY VOTER LIST

**Location Code** 701      **Date** 11-3-03

**VID#** 231403      **DOB** 5-2-48

**Reason:**    **Deceased** _____ **Date** 11-3-03

Other Not A Citizen
State Reason

Kenneth A. Bennett Sr.
Voter's Name (Please Print)

2409 N. 44th St
Ft. Pierce, FL 34946

Kenneth Bennett      Self
Name of person making the request      Relationship

I, Gertrude Walker, do hereby certify that this is a true copy of the original on file with the St. Lucie County Supervisor of Elections Office.

Gertrude Walker, CFS      5/35/04
                                        Date

#3

# GERTRUDE WALKER

| | | |
|---|---|---|
| Date  5/25/2004 | **Supervisor of Elections** | St.Lucie County, FL |
| Time  11:52 AM | **Voting History Report** | |

**Regn   231473**          **BENNETT SR, KENNETH A**

| Election | AddressLine2 | Election Date | Voted |
|---|---|---|---|
| 51 | St. Lucie Village | Apr/06/2004 | |
| 50 | General Election | Nov/02/2004 | |
| 49 | Primary Election | Aug/31/2004 | |
| 48 | Presidential Pref. Prim. | Mar/09/2004 | |
| 47 | Fort Pierce Municipal Runoff | Dec/09/2003 | |
| 46 | Fort Pierce Municipal Election | Dec/02/2003 | |
| 45 | Special General Election | Mar/25/2003 | Did not vote |
| 44 | Special Primary Election | Mar/11/2003 | Not Eligible |
| 43 | Mosquito Control District Electio | Dec/17/2002 | Not Eligible |
| 42 | November General 2002 | Nov/05/2002 | Voted |
| 41 | Primary Election 2002 | Sep/10/2002 | Did not vote |
| 40 | City of Fort Pierce Election | Dec/04/2001 | |
| 39 | General | Nov/07/2000 | Voted |
| 38 | Second Primary | Oct/03/2000 | |
| 37 | First Primary | Sep/05/2000 | Voted |
| 36 | Presidential Preference Primary | Mar/14/2000 | |
| 35 | City of Fort Pierce | Dec/07/1999 | |
| 34 | Village of St. Lucie | May/03/1994 | |
| 33 | City of Port St. Lucie | Jul/25/1995 | |
| 32 | Village of St. Lucie | May/03/1996 | |
| 31 | Village of St. Lucie | May/08/1990 | |
| 30 | General | Nov/03/1998 | Voted |
| 29 | Second Primary | Oct/01/1998 | |
| 28 | First Primary | Sep/01/1998 | |
| 27 | County Special Tax Ref. & City of | Dec/02/1997 | |
| 26 | General | Nov/05/1996 | Voted |
| 25 | Second Primary | Oct/01/1996 | |
| 24 | First Primary | Sep/03/1996 | |
| 23 | Presidential Preference | Mar/12/1996 | |
| 22 | School Bond Ref. | Oct/03/1995 | |
| 21 | City of Ft. Pierce Run-Off | Dec/12/1995 | |

I, Gertrude Walker, do hereby certify that this is a true copy of the original on file with the St. Lucie County Supervisor of Elections Office.

_____          _____
Gertrude Walker, CFS                              Date

**U.S. Department of Justice**
Immigration and Naturalization S...

---

## START HERE - Please Type or Print

### Part 1.   Information about you.

| Family Name  BENNETT | Given Name  Kenneth | Middle Initial |
|---|---|---|

**U.S. Mailing Address   - Care of:**

| Street Number and Name   2409 North 44th Street | | Apt. # |
|---|---|---|
| City  Fort Pierce | County  Saint Lucie | |
| State  Florida | Zip Code   34946 | |
| Date of Birth (month/day/year)   05/02/1948 | Country of Birth   Jamaica | |
| Social Security #   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 | A #   A035 898 914 | |

### Part 2.   Basis for Eligibility   (check one).

a.  ☒  I have been a permanent resident for at least five (5) years.

b.  ☐  I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c.  ☐  I am a permanent resident child of United States citizen parent(s).

d.  ☐  I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B

e.  ☐  Other.  (Please specify section of law) _____

### Part 3.   Additional Information about you.

| Date you became a permanent resident (month/day/year)   09/24/76 | Port admitted with an immigrant visa or INS Office where granted adjustment of status.   Miami |
|---|---|

Citizenship
Jamaican

Name on alien registration card (if different than in Part 1)
None

Other names used since you became a permanent resident (including maiden name)
None

| Sex  ☒ Male  ☐ Female | Marital Status  ☐ Single   ☐ Divorced  ☒ Married   ☐ Widowed |
|---|---|

☐No ☒Yes.

...ecoming a permanent resident?    ☒ No  ☐ Yes

...ng. Begin with your most recent absence. If you
...absence or to list more trips) continue on separate

...e Several

| ...sence last ...s or more? | Destination(s) | Reason for trip |
|---|---|---|
| ...  ☐ No | | |
| ...  ☐ No | | |
| ...  ☐ No | | |
| ...  ☐ No | | |
| ☐ Yes  ☐ No | | |
| ☐ Yes  ☐ No | | |

Form N-400 (Rev. 07/17/91)N          *Continued on back.*

---

**Action**

**To be completed by Attorney or Representative, if any**
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

U.S. Department of Justice
Immigration and Naturalization Service

## START HERE - Please Type or Print

## Part 1. Information about you.

| Family Name | BENNETT | Given Name | Kenneth | Middle Initial | |
|---|---|---|---|---|---|

**U.S. Mailing Address** - Care of:

| Street Number and Name | 2409 North 44th Street | | Apt. # |
|---|---|---|---|

| City | Fort Pierce | County | Saint Lucie |
|---|---|---|---|

| State | Florida | Zip Code | 34946 |
|---|---|---|---|

| Date of Birth (month/day/year) | 05/02/1948 | Country of Birth | Jamaica |
|---|---|---|---|

| Social Security # | 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 | A # | A035 898 914 |
|---|---|---|---|

## Part 2. Basis for Eligibility (check one).

a. ☒ I have been a permanent resident for at least five (5) years.

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s).

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B

e. ☐ Other. (Please specify section of law) _____

## Part 3. Additional Information about you.

| Date you became a permanent resident (month/day/year) 09/24/76 | Port admitted with an immigrant visa or INS Office where granted adjustment of status. Miami |
|---|---|

Citizenship
Jamaican

Name on alien registration card (if different than in Part 1)
None

Other names used since you became a permanent resident (including maiden name)
None

| Sex | ☒ Male ☐ Female | Height 5'8" | Marital Status | ☐ Single ☒ Married | ☐ Divorced ☐ Widowed |
|---|---|---|---|---|---|

Can you speak, read and write English?  ☐ No ☒ Yes.

**Absences from the U.S.**

Have you been absent from the U.S. since becoming a permanent resident?  ☒ No ☐ Yes

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| N/A | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

Form N-400 (Rev. 07/17/91)N

**Continued on back.**

Action

To be completed by Attorney or Representative, if any

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 4.   Information about your residences and employment.

A.   List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | | | | | Dates (month/day/year) | |
|---|---|---|---|---|---|---|
| | | | | | From | To |
| 2409 North 44th Street | Fort Pierce | Florida | USA | 34946 | 11/28/86 | Present |
| | | | | | | |
| | | | | | | |

B.   List your employers during the last five (5) years.  List your present or most recent employer first.  If none, write "None".  If you need more space, continue on separate paper:

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | Street Number and Name, City, State, Country, Zip Code | From | To | |
| I.L.A. International | 503 North 7th Street Fort Pierce, Fl. 34950 | 1993 | Present | General Worker |
| Billform Construction | Fort Pierce | 1982 | 1992 | Laborer |
| | | | | |
| | | | | |

## Part 5.   Information about your marital history.

A.   Total number of times you have been married __2__ .  If you are now married, complete the following regarding your husband or wife.

| Family name | BENNETT | Given name | Vivian | Middle initial | C |
|---|---|---|---|---|---|

| Address | 2409 North 44th Street | | Fort Pierce, Florida 34946 |
|---|---|---|---|

| Date of birth (month/day/year) | 03/21/53 | Country of birth | USA | Citizenship | American |
|---|---|---|---|---|---|

| Social Security# | 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 | A# (if applicable) | | Immigration Status (If not U.S. citizen) | |
|---|---|---|---|---|---|

**Naturalization** (if applicable)
(month/day/year)                          Place      (City, State)

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper:  Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6.   Information about your children.

B.   Total number of Children __5__ .  Complete the following for each of your children.  If the child lives with you, state "with me" in the address column; otherwise give the city/state/country of the child's current residence.  If deceased, write "deceased" in the address column.  If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| BENNETT, Michael | 09/14/68 | Jamaica | American | 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 | Fort Lauderdale |
| BENNETT, Janel | 07/08/70 | Jamaica | Jamaican | 039 135 178 | 2409 N. 44th Street Ft. Pierce, Fl. |
| BENNETT, Oneil | 10/19/73 | Jamaica | Jamaican | 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 | Fort Lauderdale |
| BENNETT, Kendra | 04/14/84 | America | American | 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 | 2409 N. 44th Street Ft. Pierce, Fl. |
| BENNETT, Kenneth Jr. | 08/24/87 | America | American | 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 | 2409 N. 44th Street Ft. Pierce, Fl. |
| | | | | | |
| | | | | | |

Form N-400 (Rev. 07/17/91)N                    *Continued on next page*

*Continued on back*

# Part 7.   Additional eligibility factors.

Please answer each of the following questions.  If your answer is "Yes", explain on a separate paper.

1.  Are you now or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the communist party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes  ☒ No

2.  During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party of SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a.  The Nazi Government of Germany  ☐ Yes  ☒ No

    b.  Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes  ☒ No

3.  Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes  ☒ No

4.  Have you ever left the United States to avoid being drafted into the U.S. Armed Forces  ☐ Yes  ☒ No

5.  Have you ever failed to comply with Selective Service laws?  ☐ Yes  ☒ No

    If you have registered under Selective Service laws, complete the following information:

        Selective Service Number: _____ Date Registered: _____

    If you registered before 1978, also provide the following:

        Local Board Number: _____ Classification: _____

6.  Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons?  ☐ Yes  ☒ No

7.  Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes  ☒ No

8.  Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes  ☒ No

9.  Since becoming a permanent resident, have you filed an income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes  ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes  ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?  *Claims never Registered* ☐ Yes  ☒ No

12. Have you ever:  ① *But never voted see supp#*

    a.  been a habitual drunkard?  ☐ Yes  ☒ No

    b.  advocated or practiced polygamy?  ☐ Yes  ☒ No

    c.  been a prostitute or procured anyone for prostitution?  ☐ Yes  ☒ No

    d.  knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes  ☒ No  ② *Claims one Arrest No other charges*

    e.  been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes  ☒ No

    f.  received income from illegal gambling?  ☐ Yes  ☒ No  *Mo Duires*

    g.  given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes  ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes  ☒ No

14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State?  ☐ Yes  ☒ No

15. Have you ever:  ③ *See Supp #*

    a.  knowingly committed any crime for which you have not been arrested?  ☐ Yes  ☒ No

    b.  been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☒ Yes  ☐ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence: the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case). *SEE ATTACHED (No info on the*

# Part 8.   Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

    1.  Do you believe in the Constitution and form of government of the U.S.?  ☒ Yes  ☐ No

    2.  Are you willing to take the full Oath of Allegiance to the U.S. (see instructions)  ☒ Yes  ☐ No

    3.  If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☒ Yes  ☐ No

    4.  If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☒ Yes  ☐ No

    5.  If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes  ☐ No

Form N-400 (Rev. 07/17/91)N          *Continued on back*

## Part 9.  Memberships and Organizations

A.  List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.  Include any military service in this part.  If none, write "none".  Include the name of organization, location, dates of membership and nature of the organization.   If additional space is needed, use separate paper.

None

*Claims none (10)*

## Part 10.   Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?        ☐ One        ☐ Both     (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Initial |
|---|---|---|

Address

Basis of citizenship:
☐  Birth
☐  Naturalization Cert. No.

Relationship to you (check one:):   ☐  natural parent    ☐  adoptive parent

☐  parent of child legitimated after birth

If adopted or legitimated after birth, give date of adoption, or, legitimation: (month/day/year) _____

Does this parent have legal custody of you?        ☐ Yes        ☐  No

*(Attach a copy of relating evidence to establish that you are the child of the U.S. citizen and evidence of this parent's citizenship.)*

## Part 11.   Signature   (Read the information on the penalties in the instructions before completing this section).

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct.  I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

Signature *Kenneth Bennett X Kenneth Bennett*        Date *12/30/97*

**Please Note:**   If you do not completely fill out this form, of fail to submit the required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12.   Signature of person preparing form if other than above.  *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature *Veunanthe Morlon*        Print your Name  Veunanthe Dorlouis, Paralegal        Date *12/30/97*

Firm Name
and Address        Florida Immigrant Advocacy Center, Inc.
PO Box 3808,  Fort Pierce, FL 34948-3808

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages,   1 through___/_____, and that the corrections, numbered  1 through____10____, were made at my request and that this amended application, is true to the best of my knowledge and belief.

X *Kenneth Bennett*
(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

*Hector Rivera 5/29/03*
(Examiner's Signature)        Date

Form N-400 (Rev. 07/17/92)N

FPI-LOM

DEPARTMENT OF JUSTICE
U.S. Immigration and Naturalization Service

_____

MIAMI CITIZENSHIP CENTER

12/02/2003
Application Number: SSC*000314169
Alien Number: A035898914

On this day, 12/02/2003, I, Kenneth  Bennett ,
waive the right to have my attorney,   ,
present at this interview.

Kenneth  Bennett

**U.S. DEPARTMENT OF JUSTICE**
U.S. Immigration and Naturalization Service

---

MIAMI CUSA OFFICE

05/29/2002
Application Number: SSC*000314169
Alien Number: A035898914

On this day, 05/29/2002, I, Kenneth A Bennett ,
waive the right to have my attorney,   ,
present at this interview.

Kenneth A Bennett

**Department of Justice**
Immigration and Naturalization Service

## Certificate Preparation Sheet And Oath Declaration

A #  | A 035 898 914

**Daytime Phone #** | (561) 466-6575

**NAME** (If name Change, ENTER new Name):    **Check BOX if there is a change of name:** ⟶ ☐

KENNETH
**(FIRST)**

**(MIDDLE)**

` BENNETT
**(LAST)**

**Date of birth:** | 02/05/1948
Month/Day/Complete Year

**(Check Sex)**   MALE: ╲ ☒
FEMALE: ☐

**Height:** | 5 | 8 |   **Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Widow(er):** ⟶ M
(Feet) (Inches)

**Country of Former Nationality:** | Jamaica
**(Enter Actual name of Country)**

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

✗ *Kenneth Bennett* / 5/29/0 2
**Applicant's Signature (name change)**        **Date**

Form N-649 (Rev. 11/1/98)

ST. LUCIE COUNTY
## ORIGINAL REGISTRATION INFORMATION

DATE __November 3, 2003__

NAME __Kenneth A. Bennett Sr.__ VID# __231473__

ADDRESS __2409 N. 44th St.   Ft. Pierce, FL 34946__

         Street                City            State        Zip

BIRTH DATE __5-2-48__ BIRTH PLACE __Jamaica__

REGISTERED ON THIS __28th__ DAY OF __July 1995__ 20____

SEAL

Supervisor of Elections/Deputy

GERTRUDE WALKER
SUPERVISOR OF ELECTIONS
2300 Virginia Ave. Ft. Pierce, Fl 34982
(561) 462-1500, 871-5410 or 337-5623

Nov 7, ~~
Nov 5, 2003

# VOTERS SUPPLEMENT

Name:  **KENNETH BENNETT**            A: **35 898 914**

**Please answer the following questions if you have ever registered to vote
or voted for an election within the United States.**

1. **How old were you when you became a permanent resident of the
   United States?**

   I was twenty-eight (28) years old when I became a permanent
   resident.

2. **If you became a permanent resident while under the age of 16, are
   your parents United States citizens. If so, please explain.**

   My parents are not U.S. Citizens.

3. **If you are married, what is the nationality of your spouse? If your
   Spouse is a United States citizen, please explain.**

   My spouse is a United States Citizen born in Florida.

4. **On what date(s) did you register to vote?**

   July 28, 1995.

5. **Where did you register to vote (include city, county, and state)? If
   more than once, please specify.**

   I registered to vote in Ft. Pierce, Florida, St. Lucie County.

6. **Have you ever voted in an election in the United States. If so, please provide the date, location of the election (city, county & state) and type of election held (federal, state, or local) for each.** *

   \* Please see attached.

| | Date of Election | Location | Type of Election | |
|---|---|---|---|---|
| 1. | 11/3/9·8 | Church in Ft. Pierce | unkn. General | |
| 2. | 11/5/96 | School, Ft. Pierce | Unk. General | |
| 3. | 9/5/00 | Temple (Ft. Pierce) | unk First Primary | |
| 4. | 11/7/00 | Temple (Ft. Pierce) | Unk General | |
| 5. | 11/5/02 | Temple (Ft. Pierce) | unk General | |
| 6. | | | | |

7. **How did you obtain the voter's registration application?**

   I went to the voter's registration office.

   *Civic Center*

8. **Did you apply in person or through the mail?**

   I applied in person.

9. **Why did you register to vote, or register and vote in an election within the United States when you were not a citizen?**

   I was asked to get a voter's registration card for a job. As I do read or write English well, someone in the office filled the application out for me. I did not understand the card and nobody explained it to me. I was not told it was improper to apply for a voter's registration card.

10. **Did you know that it was unlawful for you to apply for a voter's registration card and to vote?**

    I did not know it was unlawful to apply for a voter's registration card and to vote.

11. **When did you first become aware that you were not qualified to Register or vote in the United States?**

```
When I first went for my Naturalization Interview.
```

12. **If you registered and voted because you believed that you were a Citizen of the United States, please explain.**

```
I knew that I was not a United States Citizen, but when I received
my voter's registration card I thought it was alright for me to
vote. I do not read or write the English language well.
```

13. **If you registered and voted because you believed that you were a Citizen of the United States, why have you applied for naturalization?**

```
I knew that I was not a United States Citizen. The reason I
applied for United States Citizenship is that I wanted to become
a U.S. Citizen.
```

14. **If you registered or voted because you believed you were a citizen, when and how did you become aware that you were not in fact a citizen?**

```
I knew I was not a United States Citizen. When I went for my
Citizenship Interview I learned it was improper for me to vote.
```

15. **Have you ever use the voter's registration card as proof of identification including proof of county residence to apply for real estate homestead exemption?**

```
The voter's registration card was for a XXXXXXXXXX particular
job. However, I did not complete the card as I do not read or write
the English language well. Someone filled out the card for me.
I did not obtain the employment at that time.
```

*I own a home but my wife was the one that got the papers for homestead exemption.*

**16. Have you ever claimed in writing or in any other way to be a citizen of the United States, please explain.**

I never represented myself as a U.S. Citizen, however, I do not know what is on the voter's registration application.

**17. Have you ever represented yourself as a United States citizen for the purpose of obtaining an Immigration benefit or any other federal, state or local government benefit. If yes, please explain.**

I never represented myself as a U.S. Citizen for any benefits, however, I do not know what was on the voter's registration application, as I do not read or write the English language very well and I did not fill out the application.

**18. Have you ever used the voter's registration card as proof of citizenship? If so, please explain.**

To my knowledge I never used the voter registration card as proof of U.S. XXXXXXXXXXX Citizenship, however, I do not know what was on the voter XXXXXXX registration application, as I do not read or write the English XXXX XXXXXXXXXXXXXX language well XXX and I did not fill out the application.

**19. Have you ever been called for jury duty? If so, please, explain.**

Yes, but whenever I was called to serve I was excused for prior commitments.

3-4 times

Kenneth Bennett                    12 = 03
_____          _____
Applicant's Signature                   Date

**GERTRUDE WALKER**

| Date | 10/29/200 | **Supervisor of Elections** | St.Lucie County, FL |
|---|---|---|---|

| Time | 12:53 PM | **Voting History Report** | |

**Regn   231473        BENNETT SR, KENNETH A**

| Election | AddressLine2 | Election Date | Voted |
|---|---|---|---|
| 47 | Fort Pierce Municipal Runoff | Dec/09/2003 | |
| 46 | Fort Pierce Municipal Election | Dec/02/2003 | |
| 45 | Special General Election | Mar/25/2003 | Did not vote |
| 44 | Special Primary Election | Mar/11/2003 | Not Eligible |
| 43 | Mosquito Control District Electio | Dec/17/2002 | Not Eligible |
| 42 | November General 2002 | Nov/05/2002 | Voted |
| 41 | Primary Election 2002 | Sep/10/2002 | Did not vote |
| 40 | City of Fort Pierce Election | Dec/04/2001 | |
| 39 | General | Nov/07/2000 | Voted |
| 38 | Second Primary | Oct/03/2000 | |
| 37 | First Primary | Sep/05/2000 | Voted |
| 36 | Presidential Preference Primary | Mar/14/2000 | |
| 35 | City of Fort Pierce | Dec/07/1999 | |
| 34 | Village of St. Lucie | May/03/1994 | |
| 33 | City of Port St. Lucie | Jul/25/1995 | |
| 32 | Village of St. Lucie | May/03/1996 | |
| 31 | Village of St. Lucie | May/08/1990 | |
| 30 | General | Nov/03/1998 | Voted |
| 29 | Second Primary | Oct/01/1998 | |
| 28 | First Primary | Sep/01/1998 | |
| 27 | County Special Tax Ref. & City of | Dec/02/1997 | |
| 26 | General | Nov/05/1996 | Voted |
| 25 | Second Primary | Oct/01/1996 | |
| 24 | First Primary | Sep/03/1996 | |
| 23 | Presidential Preference | Mar/12/1996 | |
| 22 | School Bond Ref. | Oct/03/1995 | |
| 21 | City of Ft. Pierce Run-Off | Dec/12/1995 | |

Case 2:04-cr-14048-DMM  Document 13  Entered on FLSD Docket 08/19/2004  Page 22 of 32

## ST. LUCIE COUNTY
## ORIGINAL REGISTRATION INFORMATION

DATE __November 3, 2003__

NAME __Kenneth A. Bennett Sr.__                    VID# __231473__

ADDRESS __2409 N. 44th St.   Ft. Pierce, FL 34946__

           *Street*             *City*            *State*            *Zip*

BIRTH DATE __5-2-48__                    BIRTH PLACE __Jamaica__

REGISTERED ON THIS ___28th___ DAY OF __July 1995__                    20___

SEAL

*Supervisor of Elections/Deputy*

**GERTRUDE WALKER**
**SUPERVISOR OF ELECTIONS**
*2300 Virginia Ave. Ft. Pierce, Fl 34982*
*(561) 462-1500, 871-5410 or 337-5623*

# Voters Supplement

**Name:** Kenneth Bennett     **A** 35 898 914

Q. Have you ever registered to vote in the U.S.? ☑ **YES** ☐ **NO** (If more than time, furnish information for each time).

    A. When (date) & Where? (City, County, State)
    1986 Ft Pierce, FL. Civic Center

Q. Have you ever voted in an election in the U.S.? .? ☐ **YES** ☑ **NO** (If more than one time, furnish information for each time).

    A. When (date) & where? (City, County, State) & what type of election was it? (local, state, federal)

Q. Why did you register or vote in an election in the U.S.? (If you have ever believed that you were a citizen of the U.S., please provide full explanation.)

Obtained Registration card when Driver's License was Received

Q. At what age did you become a permanent resident of the U.S? 28 yrs

Q. If you became a permanent resident while under the age of 16, what is the citizenship of your mother: _____ & father: _____

X Kenneth Bennett     5·29=02
    **SIGNATURE**        **DATE**

**SWORN TO & SUBSCRIBED BEFORE ME THIS** 29 **DAY OF** May 20 02

Rivera
**OFFICER**

**Supplement No.** 2



**UNITED STATES DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service
7880 Biscayne Boulevard
Miami, Florida 33138

APR 19 1999

Refer to file no. A 35 898 914

Bennett, Kenneth
2409 N. 44 St.
Ft. Pierce, FL 34946

DECISION ON APPLICATION FOR NATURALIZATION

On 1/27/99 you appeared for examination on your application for naturalization which was filed in accordance with:

Section 316(a) of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application it is determined that you are ineligible for naturalization for the following reason(s):

SEE ATTACHMENT

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within 30 days of the date of this notice. If no request for hearing is filed within the time allowed, this decision is final. A request for hearing may be made to the District Director, with the Immigration and Naturalization Service office which made the decision, on Form N-336, Request for Hearing on a Decision in Naturalization Proceeding under section 336 of the Act, together with a fee of $110.00. A brief or other written statement in support of your request may be submitted with the Request for Hearing.

The Form N-336 Request for Hearing on a Decision in Naturalization Proceeding with the required fee should be sent by mail to the above address.

Any questions which you have may be answered by the Service office nearest your residence, or at the above address.

CITIZENSHIP
**RETURN RECEIPT
REQUESTED**

Sincerely,

District Director

Enclosure: Form N-336
P343793206
Form N-335

Recommended by _____ DAC

Approved by _____ SDAO

A 35 890 914

Your application for naturalization is denied because--

I. You have failed to submit the document(s) requested on Form N-14 and/or your failure to establish by a preponderance of the evidence that you meet all the requirements for naturalization pursuant to 8 C.F.R. 316.2(b) relative to:

☐ Lawful admission for permanent residence

☐ Proof of physical presence

☐ Proof of continuous residence

☐ Original certified copies of the entire record of all your arrests as requested relative to Good Moral Character and/or deportability

☐ Proof of child support for the period required by law

☐ Proof of registration with the Selective Service

☐ Other: _____

_____

II. You have failed to establish:

☐ Your lawful admission to the United States for permanent residence pursuant to Section 316(a)(1) of the Act and 8 C.F.R. 316.2(a)(2).

☐ You have resided continuously within the United States, for a period of at least five years after having been lawfully admitted for permanent residence pursuant to Section 316(a)(1) of the Act and 8 C.F.R. 316.2(a)(3).

☐ You have been physically present in the United States for at least 30 months of the 5 years preceding the date of filing the application pursuant to Section 316(a)(1) of the Act and 8 C.F.R. 316.2(a)(4).

☐ You have resided continuously within the United States from the date of application for naturalization up to the time of admission to citizenship pursuant to Section 316(a)(2) of the Act and 8 C.F.R. 316.2(a)(6).

☐ You have been and continue to be a person of good moral character during the period required by law pursuant to Section 316(a)(3) of the Act and 8 C.F.R. 316.2(a)(7) by reason of:

☐ Your conviction for _____

☐ Your failure to pay child support

☐ Your failure to register with the Selective Service

☐ Other: _____

☐ Deportation proceedings are terminated pursuant to Section 318 of the Act.

III. You have failed to demonstrate pursuant to Section 312(a) of the Act:

☐ An ability to read, write, & speak English

☒ An ability to write English

☒ Sufficient knowledge and understanding of the fundamentals of the history, and of the principles and form of government, of the United States.

IV. You failed to appear for _____ on _____

V. OTHER: _____

_____

U.S. Department of Justice
Immigration and Naturalization Service   Case 2:04-cr-14048-DMM   Document 13   Entered on FLSD Docket 08/19/2004   Page 27 of 32   Application to...   /27/1998

OMB No. ...

## START HERE - Please Type or Print

**FOR INS USE ONLY**

### Part 1. Information about you.

| Family Name | BENNETT | Given Name | Kenneth | Middle Initial | Augustus |
|---|---|---|---|---|---|

**U.S. Mailing Address   - Care of:**

| Street Number and Name | 2409 North 44th Street | Apt. # | |
|---|---|---|---|
| City | Fort Pierce | County | Saint Lucie |
| State | Florida | Zip Code | 34946 |
| Date of Birth (month/day/year) | 05/02/1948 | Country of Birth | Jamaica |
| Social Security # | 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 | A # | A035 898 914 |

| Returned |
|---|
| Resubmitted |
| Reloc Sent |
| Reloc Rec'd |

### Part 2. Basis for Eligibility   *(check one).*

a. ☒ I have been a permanent resident for at least five (5) years.

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s).

d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed forms N-426 and G-325B

e. ☐ Other. (Please specify section of law)_____

☐ Applicant Interviewed

**At Interview**

☐ request naturalization ceremony at court

### Part 3. Additional Information about you.

| Date you became a permanent resident (month/day/year) 09/24/76   *IR-1 VISA* | Port admitted with an immigrant visa or INS Office where granted adjustment of status. Miami |
|---|---|

Citizenship
Jamaican

Name on alien registration card (if different than in Part 1)
None

Other names used since you became a permanent resident (including maiden name)
None

| Sex | ☒ Male ☐ Female | Height 5'8" | Marital Status | ☐ Single ☒ Married | ☐ Divorced ☐ Widowed |
|---|---|---|---|---|---|

Can you speak, read and write English?    ☐ No ☒ Yes.

**Remarks**

*I OST STR HR 1/27/99*

**Action**

**Absences from the U.S.**

Have you been absent from the U.S. since becoming a permanent resident?   ☒ No ☐ Yes

If you answered "Yes", complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper. *Claims Several Trips And Cannot Recall Dates Has No Passport*

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| N/A. | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☒ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

**To be completed by Attorney or Representative, if any**

☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

Form N-400 (Rev. 07/17/91)N            *Continued on back.*

JAN 20 1990

## Part 4. Information about your residences and employment.

A. List your addresses during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | | | | | Dates (month/day/year) | |
|---|---|---|---|---|---|---|
| | | | | | From | To |
| 2409 North 44th Street | Fort Pierce | Florida | USA | 34946 | 11/28/86 | Present |
| | | | | | | |
| | | | | | | |

B. List your employers during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper:

| Employer's Name | Employer's Address | Dates Employed (month/day/year) | | Occupation/position |
|---|---|---|---|---|
| | Street Number and Name, City, State, Country, Zip Code | From | To | |
| I.L.A. International | 503 North 7th Street Fort Pierce, Fl. 34950 | 1993 | Present | General Worker |
| Billform Construction | Fort Pierce | 1982 | 1992 | Laborer |
| | | | | |
| | | | | |

## Part 5. Information about your marital history.

A. Total number of times you have been married  2  . If you are now married, complete the following regarding your husband or wife.   *Claims no others #1C   see Supp #1C*

| Family name | BENNETT | Given name | Vivian | Middle initial | C |
|---|---|---|---|---|---|

| Address | 2409 North 44th Street | | Fort Pierce, Florida 34946 |
|---|---|---|---|

| Date of birth (month/day/year) | 03/21/53 | Country of birth | USA | Citizenship | American |
|---|---|---|---|---|---|
| Social Security# | 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 | A# (if applicable) | | Immigration Status (If not U.S. citizen) | |

| Naturalization (if applicable) (month/day/year) | | Place (City, State) | |
|---|---|---|---|

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended, and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total number of Children  5  . Complete the following for each of your children. If the child lives with you, state "with me" in the address column; otherwise give the city/state/country of the child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.   *Claims no others (7)*

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| BENNETT, Michael | 09/14/68 | Jamaica | American | 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 | Fort Lauderdale |
| BENNETT, Janel | 07/08/70 | Jamaica | Jamaican | 039 135 178 | 2409 N. 44th Street Ft. Pierce, Fl. |
| BENNETT, Oneil | 10/19/73 | Jamaica | Jamaican | 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 | Fort Lauderdale |
| BENNETT, Kendra | 04/14/84 | America | American | 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 | 2409 N. 44th Street Ft. Pierce, Fl. |
| BENNETT, Kenneth Jr. | 08/24/87 | America | American | 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 | 2409 N. 44th Street Ft. Pierce, Fl. |
| | | | | | |
| | | | | | |

Form N-400 (Rev. 07/17/91)N                    *Continued on next page*

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is "Yes", explain on a separate paper.

1. Are you now or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the communist party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?  ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party of SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

    a. The Nazi Government of Germany  ☐ Yes ☒ No

    b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?  ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?  ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces  ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws?  ☐ Yes ☒ No

If you have registered under Selective Service laws, complete the following information:

    Selective Service Number: _____ Date Registered: _____

If you registered before 1978, also provide the following:

    Local Board Number: _____ Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections, or other reasons?  ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States?  ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?  ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed an income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?  ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?  ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen? *See Supp #1* (8)  ☐ Yes ☒ No

12. Have you ever:

    a. been a habitual drunkard?  ☐ Yes ☒ No

    b. advocated or practiced polygamy?  ☐ Yes ☒ No

    c. been a prostitute or procured anyone for prostitution?  ☐ Yes ☒ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally?  ☐ Yes ☒ No

    e. been an illicit trafficker in narcotic drugs or marijuana?  ☐ Yes ☒ No

    f. received income from illegal gambling?  ☐ Yes ☒ No

    g. given false testimony for the purpose of obtaining any immigration benefit?  ☐ Yes ☒ No

*Claims one arrest (9) No offenses No Dui's*

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?  ☐ Yes ☒ No

14. Were you born with, or have you acquired in some way, any title or order of nobility in any foreign State? *See Supp* (10)  ☐ Yes ☒ No

15. Have you ever:

    a. knowingly committed any crime for which you have not been arrested?  ☐ Yes ☒ No

    b. been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?  ☒ Yes ☐ No

(If you answer yes to 15, in your explanation give the following information for each incident or occurrence: the city, state, and country, where the offense took place, the date and nature of the offense, and the outcome or disposition of the case). *See Attached (No Info on Charge*

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?  ☒ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S. (see instructions)  ☒ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.?  ☒ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?  ☒ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction?  ☒ Yes ☐ No

Form N-400 (Rev. 07/17/91)N      *Continued on back*

## Part 9.  Memberships and Organizations

A.  List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.  Include any military service in this part.  If none, write "none".  Include the name of organization, location, dates of membership and nature of the organization.  If additional space is needed, use separate paper.

None

*Claims none (11)*

## Part 10.  Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?    ☐ One    ☐ Both    (Give the following about one U.S. citizen parent:)

| Family Name | Given Name | Middle Initial |
|---|---|---|

Address

| Basis of citizenship: <br> ☐ Birth <br> ☐ Naturalization Cert. No. | Relationship to you (check one:):   ☐ natural parent   ☐ adoptive parent <br><br> ☐ parent of child legitimated after birth |
|---|---|

If adopted or legitimated after birth, give date of adoption, or, legitimation: (month/day/year) _____

Does this parent have legal custody of you?    ☐ Yes    ☐ No

*(Attach a copy of relating evidence to establish that you are the child of the U.S. citizen and evidence of this parent's citizenship.)*

## Part 11.  Signature   (Read the information on the penalties in the instructions before completing this section).

I certify, or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct.  I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature  *Kenneth Bennett* | Date  12/30/97 |
|---|---|

Please Note:  If you do not completely fill out this form, of fail to submit the required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12.  Signature of person preparing form if other than above.  *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature  *Veunanthe Dorlouis* | Print your Name  Veunanthe Dorlouis, Paralegal | Date  12/30/97 |
|---|---|---|

Firm Name and Address   Florida Immigrant Advocacy Center, Inc.
PO Box 3808, Fort Pierce, FL 34948-3808

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages,  1 through____3____, and that the corrections, numbered  1 through____11____, were made at my request and that this amended application, is true to the best of my knowledge and belief.

*Kenneth augustus Bennett*

(Complete and true signature of applicant)

Subscribed and sworn to before me by the applicant.

*Victor Rivera DAO 1/27/99*

(Examiner's Signature)        Date

Form N-400 (Rev. 07/17/92)N                                        FPI-LOM

Department of Justice
Immigration and Naturalization Service

Case 2:04-cv-14048-DMM   Document 13   Certificate Prepa Docket Sheet and Oath Declaration
Entered on FLSD Docket 03/19/2004   Page 31 of 32

A # | 35 898 914

Daytime Phone # | 561 466 - 6875

**NAME (If name Change, ENTER new Name):**

**Check BOX if there is a change of name: →** ☐

KENNETH
**(FIRST)**

Augustus
**(MIDDLE)**

Bennett
**(LAST)**

Date of birth: | 0 5 , 0 8 , 1 9 4 8
Month    Day    Complete Year

(Check Sex)   MALE: ☑

FEMALE: ☐

Height: | 5' | 8"
(Feet)  (Inches)

**Marital Status; ENTER "S" Single, "M" Married, "D" Divorced, or "W" Widow(er): →** | M

**Country of Former Nationality:** | JAMAICA
(Enter Actual Name of Country)

## Oath of Allegiance

I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely, without any mental reservation or purpose of evasion; SO HELP ME GOD.

In acknowledgment whereof I have hereunto affixed my signature.

X Kenneth augustus Bennett
**Applicant's Signature (name change)**

1/27/99
**Date**

Form N-649 (Rev. 11/1/98)

# VOTERS SUPPLEMENT

Name _Kenneth Bennett_                    A _35 898 914_

Date _1/27/99_

Q. HAVE YOU EVER REGISTERED TO VOTE IN AN
ELECTION IN THE UNITED STATES?   _Yes_

Q. HAVE YOU EVER VOTED IN AN ELECTION IN THE
UNITED STATES?   _Yes_

IF YES,

   Q. WHEN?   _1986_

   Q. WHERE?   _Ft. Pierce Civic Center_

   Q. WHAT TYPE OF ELECTION WAS IT?
   (city, county, state, federal)   _Primary Federal & State_

Applicant Signature_____   Officer Signature _Hector Kucia DAO_

_Kenneth augustus Bennett_
_Supp #/_